UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | H-07-362 |
| --- | --- | --- |
|  | § |  |
| v. | § | Sim Lake |
|  | § | Judge |
| KEVIN XU | § |  |
|  | § | Jury Trial |
|  | § | Proceeding |
|  | § |  |
|  | § | Exhibit List of United States |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADMIT | DATE |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | G Mail subscriber information for Kevin Xu |  |  |  |  |  |
| 2 | Packages containing counterfeit Tamiflu 75 mg 10 count 2866099 | ✓ |  | ✓ |  | 6/30/08 |
| 3 | USPS EA82 5453 658CN | ✓ |  | ✓ |  | " |
| 3a | Inventory log 2866099 | ✓ |  | ✓ |  | " |
| 4 | Packages containing counterfeit Zyprexa 10mg 7 count 2866085 | ✓ |  | ✓ |  | 7/1/08 |
| 4a | Zyprexa Package Inserts | ✓ |  | ✓ |  | " |
| 5 | Shipping label EA82 5919 017CN | ✓ |  | ✓ |  | " |
| 5a | Inventory log 2866085 | ✓ |  | ✓ |  | " |
| 6 | Packages containing counterfeit Plavix 75mg 28 count 2189357 | ✓ |  | ✓ |  | " |
| 7 | Shipping label EA74 6968 404CN | ✓ |  | ✓ |  | " |
| 7a | Inventory log 2189357 | ✓ |  | ✓ |  | " |
| 8 | Video of March 6, 2007 Bangkok UC meeting | ✓ |  | ✓ |  | 6/30/08 |
| 9 | Audio of March 6, 2007 UC meeting with Xu in Bangkok | ✓ |  | ✓ |  | " |
| 9a | excerpts of 9 | ✓ |  | ✓ |  | " |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADMIT | DATE |
|---|---|---|---|---|---|---|
| 10 | List of drugs provided by Kevin Xu March 6, 2007 in Bangkok | ✓ | | ✓ | | 7/1/08 |
| 11 | Chart of pharmaceutical products from Xu's computer | | | | | |
| 12 | Email to Kevin Xu March 16, 2007 about Bangkok meeting, future deals | ✓ | | ✓ | | 7/1/08 |
| 13 | Email from Kevin Xu responds March 18, 2007 | ✓ | | ✓ | | " |
| 14 | Email from Kevin Xu March 22, 2007 with bank information | ✓ | | ✓ | | " |
| 15 | Email from Kevin Xu March 29, 2007, with picture of Casodex | ✓ | ✓ | ✓ | | " |
| 16 | Email from UC April 2, 2007 ordering Casodex, Zyprexa, Tamiflu and Plavix | ✓ | | ✓ | | " |
| 17 | $5720 wire transfer to Kevin Xu, April 2, 2007 | ✓ | | ✓ | | " |
| 18 | UC call to Kevin Xu April 2, 2007 | ✓ | | ✓ | | " |
| 19 | Email from Kevin Xu April 3, 2007 regarding payment | ✓ | | ✓ | | " |
| 20 | Email from Kevin Xu April 9, 2007. Received fund, tracking numbers for 2 shipments | ✓ | | ✓ | | " |
| 21 | Packages containing counterfeit Tamiflu 75mg 10 count 266086 | ✓ | | ✓ | | " |
| 22 | Shipping label EA84 9177 518CN | ✓ | | ✓ | | " |
| 22a | Inventory log 2866086 | ✓ | | ✓ | | " |
| 23 | Packages containing counterfeit Tamiflu 75mg 10 count, 2866087 | ✓ | | ✓ | | " |
| 23a | Packages containing counterfeit Zyprexa 10mg 7 count 2866087 | ✓ | | ✓ | | " |
| 24 | Shipping label EA84 9177 521CN | ✓ | | ✓ | | " |

2

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADMIT | DATE |
|---|---|---|---|---|---|---|
| 24a | Inventory log 2866087 | ✓ | | ✓ | | 7/1/08 |
| 25 | Packages containing counterfeit Zyprexa 10mg 7 count 2866088 | ✓ | | ✓ | | " |
| 25a | Packages containing counterfeit Plavix 75mg 28 count 2866088 | ✓ | | ✓ | | " |
| 25b | Packages containing counterfeit Casodex 50mg 30 count 2866088 | ✓ | | ✓ | | " |
| 26 | Shipping label EA84 9177 549CN | ✓ | | ✓ | | " |
| 26a | Inventory log 2866088 | ✓ | | ✓ | | " |
| 27 | Email from Kevin Xu April 17, 2007 about not hearing from UC | ✓ | | ✓ | | " |
| 28 | Packages containing counterfeit Zyprexa 10mg 7 count 2866089 | ✓ | | ✓ | | " |
| 28a | Packages containing counterfeit Zyprexa 10mg 28 count 2866089 | ✓ | | ✓ | | " |
| 28b | Packages containing counterfeit Plavix 75mg 28 count 2866089 | ✓ | | ✓ | | " |
| 29 | Shipping label EA 84 9177 552CN | ✓ | | ✓ | | " |
| 29a | Inventory log 2866089 | ✓ | | ✓ | | " |
| 30 | Email from Kevin Xu May 5, 2007 offering other drugs, Aricept picture | ✓ | | ✓ | | " |
| 31 | Emails May 22-29, 2007 | ✓ | | ✓ | | " |
| 32 | UK recall documents | ✓ | ✓ | ✓ | | " |
| 33 | Email from UC May 31, 2007 ordering Tamiflu, Aricept, and Plavix | ✓ | | ✓ | | 7/1/08 |
| 34 | $5220 wire transfer to Kevin Xu | ✓ | | ✓ | | " |
| 35 | Email from Kevin Xu, June 1, 2007 acknowledging receipt of funds and order | ✓ | | ✓ | | " |
| 36 | Emails regarding U.S. trip by Kevin Xu | ✓ | | ✓ | | " |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADMIT | DATE |
|---|---|---|---|---|---|---|
| 37 | Packages containing counterfeit Aricept 10mg 28 count 2866090 | ✓ | | ✓ | | 7/1/08 |
| 37a | Packages containing counterfeit Plavix 75mg 28 count 2866090 | ✓ | | ✓ | | " |
| 37b | Packages containing counterfeit Tamiflu 75mg 10 count 2866090 | ✓ | | ✓ | | " |
| 38 | Shipping label EA85 2921 562CN | ✓ | | ✓ | | " |
| 38a | Inventory log 2866090 | ✓ | | ✓ | | " |
| 39 | Email from Kevin Xu July 12, 2007, regarding product list | ✓ | | ✓ | | " |
| 40 | Email from Kevin Xu July 13, 2007, regarding Gleevac drug and picture | ✓ | | ✓ | | " |
| 41 | Email from Kevin Xu July 18-20, 2007 about diamonds | ✓ | | ✓ | | " |
| 42 | Email from Kevin Xu July 22, 2007 about Lipitor, packaging | ✓ | | ✓ | | " |
| 43 | July 24, 2007 Video UC meeting/arrest of Kevin Xu | ✓ | | ✓ | | " |
| 44 | July 24, 2007, Audio of UC meeting/arrest | ✓ | | ✓ | | " |
| 45 | Kevin Xu laptop | ✓ | ✓ | | 7/1/08 | |
| 46 | Spreadsheet of U.S. customers found on laptop | ✓ | ✓ | | 7/1/08 | |
| 47 | Assorted documents/pictures from laptop | | | | | |
| 48 | Chat logs from laptop of Kevin Xu | | | | | |
| 49 | Invoices from laptop of Kevin Xu | | | | | |
| 50 | Cialis samples obtained in Houston from Steven Chao | | | | | |
| 50a | Excerpt from lab report | | | | | |
| 51 | Samples of Plavix submitted to Sanofi-Aventis analysis | ✓ | | ✓ | | 7/1/08 |
| 51b | " " | ✓ | | ✓ | | " |
| 51a | excerpt from lab report | ✓ | | ✓ | | " |

4

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADMIT | DATE |
|---|---|---|---|---|---|---|
| 52 | Samples of Zyprexa submitted to Eli Lilly for analysis | ✓ | | ✓ | | 7/2/08 |
| 52a | Excerpt from lab report *See attached* | ✓ | | ✓ | | " |
| 53 | Samples of Aricept submitted to Pfizer for analysis | ✓ | | ✓ | | 6/30/08 |
| 53a | Excerpt from lab report | ✓ | | ✓ | | 6/30/08 |
| 54 | Samples of Tamiflu submitted to Roche for analysis | ✓ | | ✓ | | 7/2/08 |
| 54a | Excerpt from lab report | ✓ | | ✓ | | " |
| 55 | Samples of Casodex submitted to Astra Zeneca for analysis | | | | | |
| 56 | Samples of ~~Plavix, Zyprexa, Aricept~~, Tamiflu, ~~Casodex~~ submitted to FDA lab for analysis *See attached* | ✓ | | ✓ | | 7/2/08 |
| 57 | Chart of Price Comparison of Pharmaceutical Drugs | ✓ | | ✓ | | 7/1/08 |
| 58 | USPS Tracking of Chao's delivery | | | | | |
| 59 | Chao payment for Cialis | | | | | |
| 60 | Pictures of Pharmaceutical Drugs from Xu's computer #s 1,2,4,5,6 14,15,16,18,26 | ✓ | ✓ | ✓ | #17,27 | 7/1/08 |
| 61 | Consent to Search Computer | ✓ | | ✓ | | 7/1/08 |
| 62 | Consent to Search Emails | ✓ | | ✓ | | " |
| 63 | Chart of Indictment counts | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADMIT | DATE |
|---|---|---|---|---|---|---|
| 51a | Excerpt from lab report | | | | | |
| 52 | Samples of Zyprexa submitted to Eli Lilly for analysis | ✓ | | ✓ | | 7/2/08 |
| 52a | Excerpt from lab report | ✓ | | ✓ | | " |
| 52b | Zyprexa Sample ID # 2732 | ✓ | | ✓ | | " |
| 52c | Zyprexa Sample ID # 2731 | ✓ | | ✓ | | " |
| 52d | Zyprexa Sample ID # 2699 | ✓ | | ✓ | | " |
| 52e | Zyprexa Sample ID # 2410 | ✓ | | ✓ | | " |
| 52i | Zyprexa Sample ID # 2730 | ✓ | | ✓ | | 7/2/08 |
| 53 | Samples of Aricept submitted to Pfizer for analysis | | | | | |
| 53a | Excerpt from lab report | | | | | |
| 54 | Samples of Tamiflu submitted to Roche for analysis | | | | | |
| 54a | Excerpt from lab report | | | | | |
| 55 | Samples of Casodex submitted to Astra Zeneca for analysis | | | | | |
| 56 | Tamiflu Sample submitted to FDA ID # 403039 | ✓ | | ✓ | | 7/2/08 |
| 56a | Zyprexa Sample submitted to FDA ID # 405479 | ✓ | | ✓ | | " |
| 56b | Plavix Sample submitted to FDA ID # 412489 | ✓ | | ✓ | | " |
| 56c | Samples of Plavix, Tamiflu, Casodex, Casodex, Zyprexa Sample ID # 412819 | ✓ | | ✓ | | " |
| 56d | Aricept Sample submitted to FDA ID # 428013 | ✓ | | ✓ | | " |
| 57 | Chart of Price Comparison of Pharmaceutical Drugs | | | | | |

5

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADMIT | DATE |
|---|---|---|---|---|---|---|
| 58 | USPS Tracking of Chao's delivery | | | | | |
| 59 | Chao payment for Cialis | | | | | |
| 60 | Pictures of Pharmaceutical Drugs from Xu's computer | | | | | |
| 61 | Consent to Search Computer | | | | | |
| 62 | Consent to Search Emails | | | | | |
| 63 | Chart of Indictment counts | | | | | |