IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

US

vs. Kevin Yu

§ CA/CR NO.
§
§ **SIM LAKE**
§ JUDGE
§
§ **Heather Carr**
§ COURTROOM CLERK    COURT REPORTER
§ H-07-362 — Trial
§ PROCEEDING
  Defense
EXHIBIT LIST OF

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | Email (6.7.07) | ✓ | ✓ |  | 7/2/08 |
| 2 | Email (5.24.07) | ✓ | ✓ |  | " |
| 3 | Email (5.22.07) | ✓ | ✓ |  | " |
| 4 | Email (5.17.07) | ✓ | ✓ |  | " |
| 5 | Photo | ✓ |  | 7/3/08 |  |
| 6 | Photo | ✓ |  | " |  |
| 7 | Photo | ✓ |  | " |  |
| 8 | Photo | ✓ |  | " |  |
| 4a | Photo | ✓ |  | " |  |